UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| **GEORGE F. ALDRIDGE, JR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No.  1:18-cv-159-SNLJ |
| v. | )           1:18-cv-259-SNLJ |
| | )           1:18-cv-55-SNLJ |
| **NINA HILL, et al.** | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Plaintiff is a pro se prisoner who has filed numerous 42 U.S.C. § 1983 complaints in this Court and in the Western District of Missouri.  Plaintiff incurred substantial filing fees as a result of these filings, and the Missouri Department of Corrections ("MDOC") periodically withdraws money from his prison account to pay the outstanding balances. It appears that sometime in 2021, plaintiff's court-appointed attorney in one of those civil actions paid off several balances on certain of plaintiff's cases using the proceeds from a settlement.  Plaintiff thus did not understand why MDOC continued to withdraw money from his account to pay the balances with the Court.  Plaintiff filed motions seeking "removal of the liens" that the Court had on plaintiff's prison account.  This Court thus explained that the liens had been removed in the cases in which the outstanding balance had been paid, namely, 1:15cv159 and 1:18cv259.  The liens have not been removed in cases for which plaintiff owes an outstanding balance.  As this Court's financial administrator explained in a letter dated December 3, 2021, "In order to completely pay off your current outstanding balances, the Court would need a total of $1,699.80 from

1

you.  Otherwise the Missouri Department of Corrections will keep the lien in place and continue monthly collections until paid in full." [Doc. 162 in 1:18cv259.]

On December 8, 2021, plaintiff filed a "Writ of Prohibition" in the above-captioned cases.  Plaintiff seeks an order directing the removal of the liens.  As already explained, the liens have been removed as to the cases for which the filing fee has been paid.  The lien remains in place until plaintiff's remaining balance is paid in full.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motions [Doc. 164 in 1:18cv259; Doc. 46 in 1:18cv55; and Doc. 31 in 1:15cv159] are **DENIED**.

So ordered this 21st day of January, 2022.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE